IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 FEB 28 A 9: 44

Amos MATTHEWS )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:06CV180-F
 )   (To be supplied by Clerk of
Anthony Clark )   U.S. District Court)
_____ )
 )
Leland Enzor )
_____ )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (X)

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO (X)

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s) _____

             _____

             Defendant(s) _____

             _____

        2.   Court (if federal court, name the district; if
             state court, name the county) _____
             _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED 290 Hillcrest Drive Andalusia AL 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Anthony Clark - 290 Hillcrest Drive Andalusia, AL 36420
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 1-11-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: These Defendant(s) Haress Plaintiff And Caused Him To be Arrested, Becase He Could Not Make Payments, In Case, CS-1998-107.03, The Plaintiff Had good Reasons For Not making Payments, These Defendants did Not give Plaintiff An Opportunity.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Plaintiff has been place in a punishment cell for no good reason, He suffering unconstitutional punished and abusive treatment, and applying cruel and unusual punishment clause, and violated right to due process of law of fourteeth Amendment, due

GROUND TWO: Process Clause forbids punishment of a person held in custody for no good reason.

SUPPORTING FACTS: Plaintiff is being held unlawful because of denial of an opportunity, is supporting action for false imprisonment intentionally. Plaintiff argues that he is prejudiced by his ability to present an effective defence and the ongoing anxiety and embarrassment.

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff states for the Harassments by Defendants $200,000 False imprisonment $2,500.00 A day And still Counting And A speedy Release from the Covington County Jail

_Amos Matthews_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __2-21-06__.
(Date)

_Amos Matthews_
Signature of plaintiff(s)

4