IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

AMOS MATTHEWS         *

    Plaintiff,             *

    v.                    *     2:06-CV-180-MEF
                                                                (WO)

ANTHONY CLARK, *et al.*,    *

    Defendants.       *

_____

**ORDER**

This case is presently pending before the court on a complaint filed by Amos Matthews ["Matthews"], an inmate incarcerated in the Covington County Jail. A thorough review of this complaint indicates that although Matthews lists Anthony Clark and Leland Enzor as defendants, the complaint fails to identify who these individuals are, merely contains general conclusions of constitutional violations, and fails to identify factual allegations material to specific counts lodged against the named defendants with respect to any violations of Matthew's constitutional rights.

"This type of pleading completely disregards Rule 10(b)'s requirement that discrete claims should be plead in separate counts, *see Anderson v. Dist. Bd. of Tr.*, 77 F.3d 364-366-67 (11th Cir. 1996), and is the type of complaint that [has been] criticized time and again."

*Magluta v. Samples*, 256 F.3d 1282, 1284 (11th Cir. 2001). Accordingly, the court deems it appropriate to require Matthews to amend his complaint to correct the deficiencies noted herein.

Accordingly, it is

ORDERED that on or before **March 29, 2006** Plaintiff shall amend his complaint to provide the following additional factual information:

1. Specifically identify who the named defendants are;

2. Identify specific claims relative to ***actions taken against him*** by the named defendants and list these claims in separate counts;

3. Describe with clarity those factual allegations that are material to each specific count against the named defendant(s); and

4. Describe how each named defendant violated ***his*** constitutional rights.

Plaintiff is hereby advised that the amendment to his complaint must set forth short and plain statements showing why he is entitled to relief and be specific enough to put each defendant on notice of how their conduct allegedly violated Plaintiffs' constitutional rights and should contain only claims relative to actions taken against him by the named defendants. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. Plaintiff is further advised that his failure to timely and properly comply with the directives contained in this order will result in a Recommendation that this

action be dismissed.

Done this 15th day of March, 2006.

                                            /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE