IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMOS MATTHEWS,
   PLAINTIFF,

V.

ANTHONY CLARK,
   DEFENDANTS.

CIVIL ACTION No. 2:06-CV-180-MEF

RECEIVED
2006 MAR 23 A 9:59

## MOTION TO AMEND

Comes Now The Plaintiff Amos Matthews, Pro, Se, Moves The Honorable Court To Amend His Complaint, And As Therefore States The Following Grounds;

1. The Defendant, Leland Enzor is An Attorney For Child Support, Defendant Anthony Clark is The Sheriff of Covington County.

2. The Plaintiff is Not Able to Work, He is Mentally ill He Suffer From Depression, And Every Time He Get Sign Up For His Disability He Fail To Meet Any of His Appointments, Because of Defendant Leland Enzor is The Cause The Plaintiff To be Arrested And Put imPrisonment, The Defendant Leland Enzor is Haraessing The Plaintiff, Plaintiff Could Make His Payments if He Could get His Disability Started. Defendant Anthony Clark Has The Plaintiff Held Unlawfuly At His County Jail Against His Will And being Deprivation of His Disability. Defendant Leland Enzor Wants

A sum of $1,000 before Plaintiff be Release, The Plaintiff is poor there no way he can come up with a $1,000, The Defendant Leland Enzor knows that but still haraess the Plaintiff and causeing him to be arrested and be put false immprisonment.

3. Defendant Leland Enzor, caused Plaintiff restraint on liberty without due process of law, and deprivation of his appointments of Psychiatrist and Psychologist examines and tests, Plaintiff needs to be Release, so he could go to Mental Health for all of his examinations and tests, Defendant Leland Enzor will not afford Plaintiff an opportunity to do so.

4. The Defendants Leland Enzor, and Anthony Clark has violated Plaintiff constitutional rights, his (4)(5)(8) and (14) Amendments by their misconducts.

5. Plaintiff could make his child support payments if he had an opportunity to get his disability started if only he was release from Jail, He don't have a $1,000 to pay to be release, He has nothing because of his mentally ill there is no Job for him.

Wherefore Plaintiff has show the court that he is entitled to Relief, He demand for Judgment for the Relief. He seeks. Respectfully Submitted this the 20 day of March 2006. I declare under penalty of perjury that the above Amend is true and correct. 3-20-06
DATE

SIGNATURE OF PLAINTIFF