IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMOS MATTHEWS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )  CASE NO. 2:06cv180-MEF |
| | )         (WO) |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **ORDER**

On April 4, 2006, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation (Doc. # 6) is ADOPTED and that this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 28th day of April 2006.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE