IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMOS MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06cv180-MEF |
| ) | (WO) |
| ANTHONY CLARK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, and that this action is dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 28th day of April 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE